[No. 21579-5-I. Division One. July 31, 1989.]

ONDECK, INC., ET AL, *Appellants,* v. WASHINGTON
FEDERAL SAVINGS AND LOAN ASSOCIATION,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 85-2-00391-4, David A. Nichols, J.,
entered December 7, 1987. *Reversed* by unpublished opin-
ion per Swanson, J., concurred in by Coleman, C.J., and
Scholfield, J.

[No. 21862-0-I. Division One. July 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
PAUL BARTOK, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 135305R020, Dennis J. Britt, J.,
entered February 11, 1988. *Affirmed* by unpublished opin-
ion per Pekelis, J., concurred in by Scholfield and Winsor,
JJ.

[No. 22050-1-I. Division One. July 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
JAMES COLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-01654-2, Lloyd W. Bever, J., entered
March 23, 1988. *Dismissed* by unpublished per curiam
opinion.